UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| William R. Clark, | Case No. 2:24-cv-01720-CDS-EJY |
| Petitioner | **Order Extending Deadline** |
| v. | |
| Wyoming Department of Corrections State Penitentiary Warden, et al., | |
| Respondents | |

On September 17, 2024, I instructed petitioner William R. Clark to either pay his $5 filing fee or submit an *in forma pauperis* ("IFP") application with the required supporting documentation. ECF No. 5. On September 30, 2024, Clark filed a letter, explaining that his family member, Nicole Asel, "should of paid the $5 filing fee." ECF No. 6. After conferring with the Court's finance department, I have confirmed that the Court has yet to receive Clark's filing fee. Given Clark's confusion about his filing fee status, I extend his deadline to comply with my September 17, 2024, order to November 15, 2024.

It is therefore ordered that on or before November 15, 2024, Clark must (1) file a complete IFP application with the three supporting documents **_or_** (2) pay the $5 filing fee. Clark's failure to timely comply with this order will result in the dismissal of the petition without prejudice and without further advance notice.

Dated: October 3, 2024

_____
Cristina D. Silva
United States District Judge