# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM R. CLARK, | Case No. 2:24-cv-01720-APG-EJY |
| Petitioner, | **Order Granting Motion for Extension of Time and Motion for Reconsideration** |
| v. | |
| WYOMING DEPARTMENT OF CORRECTIONS STATE PENITENTIARY WARDEN, et al., | [ECF Nos. 26, 27] |
| Respondents. | |

Petitioner William R. Clark has filed an unopposed motion for an extension of time to file his second-amended petition. ECF No. 26.  This is Clark's first request for an extension of this deadline.  Clark has also filed a motion for reconsideration, requesting that the clerk file his protective amended petition and exhibits that were attached to his motion for leave to file a protective petition. ECF No. 27.  I find that good cause exists to grant both motions.

I THEREFORE ORDER that the unopposed motion for extension of time **[ECF No. 26] is granted**.  Clark has up to and including May 27, 2025, to file his second-amended petition.

I FURTHER ORDER that the motion for reconsideration **[ECF No. 27] is granted**.  The clerk is kindly directed to file the protective amended petition and exhibits [ECF Nos. 21-1 through 21-27], *nunc pro tunc*, to November 22, 2024.

Dated: February 25, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE