UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM R. CLARK,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>WYOMING DEPARTMENT OF CORRECTIONS STATE PENITENTIARY WARDEN, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:24-cv-01720-APG-EJY<br><br>**Order Granting Motion<br>for Extension of Time**<br><br>[ECF No. 30] |

　　　Petitioner William R. Clark has filed an unopposed motion for a 14-day extension of time to file his second-amended petition. ECF No. 30. This is Clark's second request for an extension of this deadline. I find that good cause exists to grant the motion.

　　　I THEREFORE ORDER that the unopposed motion for extension of time **[ECF No. 30] is granted**. Clark has up to and including June 10, 2025, to file his second-amended petition.

　　　Dated: May 29, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE