# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM R. CLARK, | Case No. 2:24-cv-01720-APG-EJY |
| Petitioner, | **Order Granting Motion for Extension of Time** |
| v. | [ECF No. 32] |
| WYOMING DEPARTMENT OF CORRECTIONS STATE PENITENTIARY WARDEN, et al., | |
| Respondents. | |

Petitioner William R. Clark has filed a motion for a 14-day extension of time to file his second-amended petition. ECF No. 32. This is Clark's third request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time **[ECF No. 32] is granted**. Clark has up to and including June 24, 2025, to file his second-amended petition.

Dated: June 16, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE