UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM R. CLARK,<br><br>      Petitioner,<br><br>v.<br><br>WYOMING DEPARTMENT OF CORRECTIONS STATE PENITENTIARY WARDEN, et al.,<br><br>      Respondents. | Case No. 2:24-cv-01720-APG-EJY<br><br>**Order Granting Motion<br>for Extension of Time**<br><br>[ECF No. 34] |

Petitioner William R. Clark has filed a motion for a 7-day extension of time to file his second-amended petition. ECF No. 34. This is Clark's fourth request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time **[ECF No. 34] is granted**. Clark has up to and including July 1, 2025, to file his second-amended petition.

Dated: June 25, 2025

                   ANDREW P. GORDON
                   CHIEF UNITED STATES DISTRICT JUDGE