# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM R. CLARK,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>WYOMING DEPARTMENT OF CORRECTIONS STATE PENITENTIARY WARDEN, et al.,<br><br>　　　　　　Respondents. | Case No. 2:24-cv-01720-APG-EJY<br><br>**Order Granting Motion<br>for Extension of Time**<br><br>[ECF No. 39] |

　　　Respondents have filed a motion for a 60-day extension of time to file their response to Petitioner William R. Clark's second-amended petition. ECF No. 39. This is Respondents' first request for an extension of this deadline. I find that good cause exists to grant the motion.

　　　I THEREFORE ORDER that the motion for extension of time **[ECF No. 39] is granted**. Respondents have up to and including November 4, 2025, to file their response.

　　　Dated: September 8, 2025

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE