**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM R. CLARK,<br><br>                          Petitioner,<br><br>v.<br><br>WYOMING DEPARTMENT OF CORRECTIONS STATE PENITENTIARY WARDEN, et al.,<br><br>                          Respondents. | Case No. 2:24-cv-01720-APG-EJY<br><br>**Order Granting Motion<br>for Extension of Time**<br><br>[ECF No. 41] |

Respondents have filed a motion for a 45-day extension of time to file their response to Petitioner William R. Clark's second-amended petition. ECF No. 41.  This is Respondents' second request for an extension of this deadline.  I find that good cause exists to grant the motion.

I THEREFORE ORDER that the motion for extension of time **[ECF No. 41] is granted**. Respondents have up to and including December 19, 2025, to file their response.

Dated: November 5, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE