UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM R. CLARK,<br><br>                Petitioner,<br><br>v.<br><br>WYOMING DEPARTMENT OF CORRECTIONS STATE PENITENTIARY WARDEN, et al.,<br><br>                Respondents. | Case No. 2:24-cv-01720-APG-EJY<br><br>**Order Granting Motion<br>for Extension of Time and<br>Motion to Seal**<br><br>[ECF Nos. 49, 52] |

      Respondents have filed a motion for a 32-day extension of time to file their response to Petitioner William R. Clark's second-amended petition. ECF No. 52. This is Respondents' third request for an extension of this deadline. I find that good cause exists to grant the motion.

      Also before the Court is Respondents' motion to seal Clark's Presentence Investigation Report. ECF No. 49. Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and its progeny, I find that a compelling need to protect Clark's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

      I THEREFORE ORDER that the motion for extension of time **[ECF No. 52] is granted**. Respondents have up to and including January 20, 2026, to file their response.

      I FURTHER ORDER that the motion to seal **[ECF No. 49] is granted**. Exhibit 65 [ECF No. 50-1] is considered properly filed under seal.

      Dated: December 22, 2025

                                                ANDREW P. GORDON<br>                                                CHIEF UNITED STATES DISTRICT JUDGE