**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM R. CLARK, | Case No. 2:24-cv-01720-APG-EJY |
| Petitioner, | **Order Granting Motion for Extension of Time** |
| v. | [ECF No. 60] |
| WYOMING DEPARTMENT OF CORRECTIONS STATE PENITENTIARY WARDEN, et al., | |
| Respondents. | |

Petitioner William R. Clark has filed an unopposed motion for a 45-day extension of time to file his opposition to the motion to dismiss. ECF No. 60. This is Clark's second request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time **[ECF No. 60] is granted**. Clark has up to and including May 15, 2026, to file his opposition.

Dated: April 6, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE