Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Martin L. Novillo
Assistant Federal Public Defender
Virginia State Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Martin_Novillo@fd.org


*Attorney for Petitioner William Ronald Clark

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

William Ronald Clark,

          Petitioner,

    v.

Wyoming Department of Corrections State Penitentiary Warden, *et al.*,

          Respondents.

Case No. 2:24-cv-01720-APG-EJY

**ORDER GRANTING**

**Unopposed Motion for Nunc Pro Tunc Extension of Time to File Opposition to Motion to Dismiss**

**(Third Request)**

Petitioner William Ronald Clark moves for an extension of time of nineteen (19) days, up to and including Wednesday June 3, 2026, to file his Opposition to Motion to Dismiss. Respondents do not oppose this request.

### Points and Authorities

Clark filed his Second Amended Petition on July 7, 2025. ECF No. 38. It is the operative petition in this case. Respondents filed a motion to dismiss on January 16, 2026. ECF No 55. On January 30, 2026, undersigned counsel entered his appearance in Clark's case in substitution of Assistant Federal Public Defender Laura Barrera. ECF No. 56.  Also on January 30, 2026, undersigned counsel filed his first request for an extension of time to file Mr. Clark's opposition to motion to dismiss, which this Court granted on February 3, 2026. ECF Nos. 57, 58. However, due to a calendaring error discovered today, undersigned counsel unknowingly missed this deadline by three business days. Accordingly, Clark seeks to extend the time to file an opposition to the motion to dismiss *nunc pro tunc* by 19 days, until June 3, 2026.

An extension of time is necessary given the numerous personal and professional obligations counsel has had to meet since his last request for an extension of time. Numerous deadlines prevented me from finalizing Mr. Clark's opposition before the proposed date. Specifically, due to ongoing enforcement efforts by federal authorities over the last several months, the Nevada FPD has been overwhelmed with appointments in cases filed under 28 U.S.C. § 2241 by individuals seeking release from immigration custody. Over the course of the last month, undersigned counsel has been appointed to various such cases. Since his last request for an extension of time in this case, counsel has had to file various amended petitions and replies in those cases. In addition, counsel has had to meet filing deadlines in numerous habeas as well as trial matters, including a petition for rehearing and an opening brief filed with the Ninth Circuit Court of Appeals and amended petitions filed with district courts in non-capital habeas cases. In addition to those professional responsibilities, counsel has had to engage in extended travel to the east coast for personal reasons.

Undersigned counsel contacted Deputy Attorney General Joy L. McMurty via e-mail correspondence on May 20, 2026, to ascertain whether she would object to the present request. Counsel noted that she does not, adding that the lack of objection should not be construed as a waiver or concession of any kind or construed as agreeing with the accuracy of the representations in this motion.

WHEREFORE, counsel respectfully requests that this Court grant the request for an extension of time to file his Opposition to Motion to Dismiss by Wednesday June 3, 2026.

Dated 20th day of May, 2026

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ Martin L. Novillo
Martin L. Novillo
Assistant Federal Public Defender

IT IS SO ORDERED:

ANDREW P. GORDON
Chief United States District Judge

Dated: May 21, 2026

3