**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILLIAM R. CLARK,

Petitioner,

v.

WYOMING DEPARTMENT OF CORRECTIONS STATE PENITENTIARY WARDEN,

Respondent.

Case No. 2:24-cv-01720-APG-EJY

**Order Granting Motion for Extension of Time**

[ECF No. 69]

Petitioner William R. Clark has filed an unopposed motion for a 90-day extension of time to file his reply to his federal habeas petition. ECF No. 69. This is Clark's first request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time **[ECF No. 69] is granted**. Clark has up to and including December 17, 2026, to file his reply.

Dated: September 21, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE